THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, *v.* ROBERT M. OLYPHANT et al., Respondents.

(Argued December 1, 1890; decided December 16, 1890.)

APPEAL from order of the General Term of the ·Supreme Court in the second judicial department, made July 18, 1890, which affirmed an order of Special Term denying plaintiff's motion to compel the clerk of the county of Westchester to tax as a necessary disbursement the amount paid by plaintiff to the Lawyers' Title Insurance Company of New York for searches.

*Esek Cowen* and *George Waddington* for appellant.

*William L. Snyder* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

HULDAH H. CLAPP *v.* ROBERT C. CLAPP et al.

In the Matter of the Receivership of THOMAS B. RAND.

(Argued December 1, 1890; decided December 16, 1890.)

CROSS-APPEALS from order of the General Term of the Supreme Court in the first judicial department, made December 7, 1889, which affirmed in part and reversed in part an order of Special Term entered upon the report of a referee adjusting the accounts of Thomas B. Rand as temporary receiver.

*Wheeler H. Peckham* for appellant.

*George C. Holt* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Order affirmed.